UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 OCT 18  PM 2: 40

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. |
| ) | 2:18-cr-126 |
| TROY MCILWAIN, ) | |
| Defendant. ) | |

## INDICTMENT

### Count One

The Grand Jury charges that:

On or about September 9, 2018, in the District of Vermont, defendant TROY MCILWAIN knowingly and intentionally possessed with intent to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

█████████████

FOREPERSON

*Christina E. Nolan by*
CHRISTINA E. NOLAN (KJD)
United States Attorney
Burlington, Vermont
October 18, 2018

1